UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN RE CF, LLC as operator and pro hac vice owner of the M/V LISA ANN | : | DOCKET NO. 2:19-cv-0154 |
| | : | UNASSIGNED DISTRICT JUDGE |
| | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 19] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Dismiss [doc. 4] be **DENIED**, without prejudice to any party's ability to present these claims through a Motion for Summary Judgment.

**THUS DONE AND SIGNED** in Chambers this 29th day of April, 2019.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE